Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-340

**Effective Date of Registration:**
February 23, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Speed is Relative |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | March 13, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Josh Billings |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Josh Billings |
| | 37777 Shady Maple Rd., Murrieta, CA, 92563, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Josh Billings |
| **Email:** | musarter@gmail.com |
| **Address:** | 37777 Shady Maple Rd. |
| | Murrieta, CA 92563 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 23, 2024 |
| **Applicant's Tracking Number:** | JB2024022301 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-321-018

**Effective Date of Registration:**
September 12, 2022
**Registration Decision Date:**
October 03, 2022

---

## Title

**Title of Work:** Battle of the Deep

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 09, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Josh Billings
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Josh Billings
37777 Shady Maple Rd., Murrieta, CA, 92563, United States

## Rights and Permissions

**Name:** Josh Billings
**Email:** musarter@gmail.com

## Certification

**Name:** David Denholm
**Date:** September 12, 2022
**Applicant's Tracking Number:** JB2022091301

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-321-000

**Effective Date of Registration:**
September 12, 2022
**Registration Decision Date:**
October 03, 2022

---

## Title
_____

**Title of Work:** Sensory Overlord

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** April 01, 2014
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Josh Billings
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Josh Billings
37777 Shady Maple Rd., Murrieta, CA, 92563, United States

## Rights and Permissions
_____

**Name:** Josh Billings
**Email:** musarter@gmail.com

## Certification
_____

**Name:** David Denholm
**Date:** September 12, 2022
**Applicant's Tracking Number:** JB2022091304

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-321-015**

**Effective Date of Registration:**
September 12, 2022
**Registration Decision Date:**
October 03, 2022

---

## Title
_____

**Title of Work:** Jesus Lizard

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** February 23, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Josh Billings
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Josh Billings
37777 Shady Maple Rd., Murrieta, CA, 92563, United States

## Rights and Permissions
_____

**Name:** Josh Billings
**Email:** musarter@gmail.com

## Certification
_____

**Name:** David Denholm
**Date:** September 12, 2022
**Applicant's Tracking Number:** JB2022091302

_____

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-320-997

**Effective Date of Registration:**
September 12, 2022
**Registration Decision Date:**
October 03, 2022

---

## Title
          **Title of Work:**  Metal to the Pedal

## Completion/Publication
        **Year of Completion:**  2013
    **Date of 1st Publication:**  October 16, 2013
  **Nation of 1st Publication:**  United States

## Author
             **Author:**  Josh Billings
      **Author Created:**  2-D artwork
          **Citizen of:**  United States

## Copyright Claimant
    **Copyright Claimant:**  Josh Billings
                 37777 Shady Maple Rd., Murrieta, CA, 92563, United States

## Rights and Permissions
              **Name:**  Josh Billings
              **Email:**  musarter@gmail.com

## Certification
              **Name:**  David Denholm
               **Date:**  September 12, 2022
  **Applicant's Tracking Number:**  JB2022091305



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-321-021

**Effective Date of Registration:**
September 12, 2022
**Registration Decision Date:**
October 03, 2022

## Title

**Title of Work:** The Triumphant Return

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 02, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Josh Billings
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Josh Billings
37777 Shady Maple Rd., Murrieta, CA, 92563, United States

## Rights and Permissions

**Name:** Josh Billings
**Email:** musarter@gmail.com

## Certification

**Name:** David Denholm
**Date:** September 12, 2022
**Applicant's Tracking Number:** JB2022091303

Page 1 of 1

Case: 1:24-cv-04820 Document #: 1-1 Filed: 06/11/24 Page 13 of 13 PageID #:29

