UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Josh Billings

          Plaintiff,

v.          Case No.: 1:24−cv−04820

          Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations Identified on Schedule A

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff has filed an Amended Complaint [17] as directed. At this preliminary stage and in the absence of adversarial presentation, the Court finds that joinder of 5 Defendants is proper at this time and this case may now proceed. Moreover, no defendants will be prejudiced by permitting joinder at this juncture. See Bose Corp. v. Partnerships & Unincorporated Associations Identified on Schedule "A", 334 F.R.D. 511, 517 (N.D. Ill. 2020). To the extent any defendant appears and objects to joinder, the Court will revisit the issue and is free to sever certain defendants from the case under Rule 21 at that time. Id. Plaintiff's renewed ex parte motion for leave to conduct expedited discovery and electronic service of process [19] is granted. Plaintiff's ex parte motion for leave to conduct expedited discovery and electronic service of process [11] is denied as moot. Electronic service of process does not violate any treaty and is consistent with due process because it effectively communicates the pendency of this action to defendants. Expedited discovery is warranted to identify defendants. Enter Order for Expedited Discovery and Electronic Service. Telephone status hearing is set for 9/17/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.